# EXHIBIT 40

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4
 5   INTUIT INC.,                 )
                                  )
 6      Plaintiff,                )
     vs.                          )   Case No.
 7                                )   5:24-cv-00253-BLF
     HRB TAX GROUP, INC., and )
 8   HRB DIGITAL LLC,             )   Judge: Hon. Beth
                                  )   Labson Freeman
 9      Defendants,               )
                                  )
10   and                         )
                                  )
11   HRB DIGITAL LLC,             )
                                  )
12      Counterclaim-Plaintiff,)
     vs.                          )
13                                )
     INTUIT INC.,                 )
14                                )
        Counterclaim-Defendant.)
15
16
17
18
19           30(b)(6) DEPOSITION OF HEATHER WATTS
20        TAKEN ON BEHALF OF THE PLAINTIFF INTUIT INC.
21                     JULY 10, 2024
22
23
24
25
                                            Page 1
```

```
 1                         I N D E X
 2                        WITNESSES
 3    ALL WITNESSES   PAGE
 4    For Plaintiff
 5      HEATHER WATTS
 6          Examination by Mr. Gringer              8
 7
 8                        EXHIBITS
 9    NO.                  DESCRIPTION            PAGE
10    Exhibit 1  Intuit Inc.'s Notice of
                 30(b)(6) Deposition of HRB
11               Tax Group, Inc. and HRB
                 Digital LLC                        11
12
      Exhibit 2  Declaration of Heather
13               Watts in Support of
                 Opposition to Plaintiff's
14               Motion for Temporary
                 Restraining Order                  29
15
      Exhibit 3  TurboTax website page
16               titled "What is an Expert
                 Review and how can I
17               schedule one?"                     34
18    Exhibit 4  TurboTax Help - "What if I
                 need my return completely
19               reviewed?"                         37
20    Exhibit 5  TurboTax Help - "How do I
                 connect with a tax expert
21               in TurboTax Live?"                 41
22    Exhibit 6  H&R Block website page
                 titled "What Can I Expect
23               From My Tax Pro?"                   44
24    Exhibit 7  "AI Working Session
                 10/10/2023" document               53
25
                                           Page 2
```

```
 1                          EXHIBITS
 2      NO.                 DESCRIPTION              PAGE
 3      Exhibit 8   Defendants' and Counterclaim
                    Plaintiff's Responses and
 4                  Objections to Intuit Inc.'s
                    First Set of Interrogatories
 5                  (Nos. 1-8)                        77
 6      Exhibit 9   H&R Block Press Release
                    Details                           95
 7
        Exhibit 10  11/9/2023 email, Subject:
 8                  Pre-read:  DIY GTM Plan,
                    with attachment                  101
 9
        Exhibit 11  Web page, "Spend less for
10                  confidence and expertise"        119
11      Exhibit 12  December 2023 dot com
                    review, TS24 Season
12                  Readiness follow-up              121
13      Exhibit 13  Web page, "Fed up with
                    hidden fees?"                    149
14
        Exhibit 14  Document - "Skip the Turbo
15                  Charges this year and make
                    the switch to H&R Block."        169
16
        Exhibit 15  Web page - "Get help from
17                  our New AI Tax Assist &
                    live tax pros"                   177
18
        Exhibit 16  Page Vault - "TurboTax
19                  Live Assisted Pricing
                    2023-2024"                       183
20
        Exhibit 17  Email - "It's Better with
21                  Block"                           186
22      Exhibit 18  11/15/2023 email, Subject:
                    HRB vs. TT in email, with
23                  attachment                       192
24      Exhibit 19  H&R Block - FY24 Global
                    Consumer Tax DIY:  Input
25                  Brief Summary                    194
```

Page 3

```
 1                        EXHIBITS
 2     NO.                DESCRIPTION              PAGE
 3     Exhibit 20  TurboTax Live Assisted
                    screenshots from tax
 4                  season '24                     200
 5     Exhibit 21  Web page - "Know it's done
                    right with an expert final
 6                  review"                        213
 7     Exhibit 22  Web page - "When it comes
                    to taxes, we have your
 8                  back"                          215
 9     Exhibit 23  Web page stating "Only
                    TurboTax Live includes a
10                  100% accurate, expert
                    final review at no extra
11                  charge"                        216
12     Exhibit 24  Web page - "Know it's done
                    right with an expert final
13                  review" - with "guaranteed"
                    statement                      220
14
       Exhibit 25  List of topics                 240
15
16
17
18     (Exhibits presented via Exhibit Share.)
19
20     STENOGRAPHER'S NOTE:   All quotations from exhibits
21     are reflected in the manner in which they were read
22     into the record and do not necessarily denote an
23     exact quote from the document.
24
25
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1                            .oOo.

2

3              DEPOSITION OF WITNESS, HEATHER WATTS,

4     produced, sworn and examined on the 10th day of

5     July, 2024, via Veritext Virtual Videoconference,

6     before Tara Schwake, a Registered Professional

7     Reporter, Certified Realtime Reporter, Certified

8     Shorthand Reporter (IL), Certified Court Reporter

9     (MO), and Notary Public within and for the State of

10    Missouri.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                              Page 5

```
 1    APPEARANCES
 2    FOR THE PLAINTIFF INTUIT INC.:
 3            WILMER CUTLER PICKERING HALE AND DORR, LLP
 4            7 World Trade Center
 5            250 Greenwich Street
 6            New York, New York  10007
 7            by:  Mr. David Z. Gringer
 8                 Mr. Stijn Talloen
 9            david.gringer@wilmerhale.com
10            stijn.talloen@wilmerhale.com
11    FOR THE DEFENDANTS HRB TAX GROUP, INC. AND HRB
12    DIGITAL LLC:
13            DEBEVOISE & PLIMPTON LLP
14            66 Hudson Boulevard
15            New York, New York  10001
16            by:  Mr. Jared Kagan
17                 Ms. Marissa Baron
18            jikagan@debevoise.com
19            mbaron@debevoise.com
20
21            BERKOWITZ OLIVER
22            2600 Grand Boulevard, Suite 1200
23            Kansas City, Missouri  64108
24            by:  Ms. Stacey Gilman
25            sgilman@berkowitzoliver.com
```

Page 6

```
 1    ALSO PRESENT:

 2            Ms. Kate Hansen

 3            Corporate Counsel, H&R Block

 4

 5    COURT REPORTER:

 6            TARA SCHWAKE, CRR, RPR, CCR, CSR

 7            Veritext Legal Solutions

 8            701 Market Street, Suite 310

 9            St. Louis, Missouri  63101

10            (888) 391-3376

11            calendar-midwest@veritext.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1          IT IS HEREBY STIPULATED AND AGREED by

2     and between Counsel for Plaintiff and Counsel for

3     Defendants that this deposition may be taken by

4     Tara Schwake, Notary Public and Certified Realtime

5     Reporter, thereafter transcribed into typewriting,

6     with the signature of the witness being expressly

7     reserved.

8                    HEATHER WATTS,

9     Of lawful age, having been produced, sworn, and

10    examined on the part of Plaintiff Intuit Inc.,

11    testified as follows:

12                   * * * * *

13        (Deposition commenced at 8:39 AM CDT.)

14                  EXAMINATION

15    QUESTIONS BY MR. GRINGER:

16        Q    Good morning, Ms. Watts.  My name is

17    David Gringer, I represent Intuit in this case.  We

18    have never met before; correct?

19        A    Correct.

20        Q    And I take it you're represented by

21    counsel here today?

22        A    I am.

23        Q    And so I'm going to assume they

24    explained depositions to you.  Have you personally

25    been deposed before?

                                        Page 8

1    product using the definition of "Do it with me"

2    product you provided.  Correct?

3          A      Correct.

4          Q      Apart from the patterning that H&R

5    Block has done of TurboTax Live Assisted, has H&R

6    Block had any conversations with anyone who used

7    TurboTax Live Assisted to prepare their taxes?

8                 MR. KAGAN:  Object to form.

9                 MR. GRINGER:  Let me -- that's also a

10   fair objection.

11         Q      (BY MR. GRINGER)  Apart from the

12   patterning that H&R Block has done of TurboTax Live

13   Assisted, has H&R Block had any conversations with

14   anyone who used TurboTax Live Assisted to prepare

15   their taxes about that experience?

16                MR. KAGAN:  Object to form.

17         A      I'm not aware, no.

18         Q      (BY MR. GRINGER)  Is H&R Block aware

19   that Intuit markets, as part of the TurboTax Live

20   Assisted experience, something called an expert

21   final review?

22         A      Yes.

23         Q      Has H&R Block spoken to anyone who,

24   as part of the TurboTax Live Assisted experience,

25   used what Intuit calls the expert final review?

                                        Page 33

1          A      Not aware.

2          Q      Does H&R Block have any knowledge as

3   an entity of the experience users have when they

4   use what Intuit calls the final expert review as

5   part of TurboTax Live Assisted?

6          A      Can you repeat the question?

7          Q      Sure.  Does H&R Block have any

8   knowledge of the experience that users have when

9   they use what Intuit calls the final expert review

10  as part of TurboTax Live Assisted?

11         A      Again, the definition of "review" is

12  not clear.  We have -- we are aware of a screen in

13  the product at the end of the experience that asks

14  the consumer if they have additional question.

15  That's the awareness.

16         Q      Beyond that, do you have any other

17  knowledge of the experience that users have when

18  they use what Intuit calls the final expert review

19  as part of TurboTax Live Assisted?

20         A      I do not.

21                MR. GRINGER:  If we could now mark as

22  Exhibit 3, Block Exhibit 3, tab 7?

23                MR. TALLOEN:  I will let you know

24  when it's ready.

25                MR. GRINGER:  Great.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    Exhibit 5, tab 10?  Block Exhibit 5 is a produced

2    document with a Bates number INTUIT_BLOCK_00003219.

3              MR. TALLOEN:  The exhibit is now

4    available and the Bates number is at the bottom of

5    the document.

6         Q    (BY MR. GRINGER)  Ms. Watts, just let

7    us know when you have document.

8         A    I have it.

9         Q    Have you ever seen Block Exhibit 5

10   before?

11        A    I have not.

12        Q    Do you see at the top of the page in

13   Block Exhibit 5 it says, "How do I connect with a

14   tax expert in TurboTax Live?"

15        A    Yes.

16        Q    And do you see about a quarter of the

17   way down the page it says "SmartLook option"?

18        A    Yes.

19        Q    Does H&R Block have an understanding

20   of what the SmartLook option is?

21        A    No.

22        Q    Changing gears for a moment at least,

23   what is H&R Block's Tax Pro Review?

24        A    An add-on service to our

25   do-it-yourself product where a client can send

Page 41

1    their prepared return along with their source

2    documents to a tax pro to review all their entries

3    and make adjustments, if necessary, to get the best

4    outcome.

5              The tax pro then will get approval

6    from the client and they will sign and file the

7    return on behalf of the client.

8         Q    Is Tax Pro Review, in H&R Block's

9    view, an assisted form of tax preparation?

10        A    It is assisted because the tax pro is

11   signing the return.

12        Q    You described Tax Pro Review a moment

13   ago as a client sending their prepared return.  Who

14   prepares the return initially with the Tax Pro

15   Review offering?

16        A    The client.

17        Q    Does H&R Block charge for a Tax Pro

18   Review?  Sorry, I didn't hear that.

19        A    We do.

20        Q    Why does H&R Block charge for a Tax

21   Pro Review?

22        A    Because it is a different service

23   that utilizes our tax pro network to actually

24   thoroughly review the return, make changes, and

25   file the return on behalf of the client.

Page 42

1          Q     Does H&R Block believe that there is
2     value to users in receiving the services associated
3     with the Tax Pro Review?
4               MR. KAGAN:  Object to form.
5          A     We have many clients who utilize Tax
6     Pro Review, so we -- we do believe that it delivers
7     value.
8          Q     (BY MR. GRINGER)  And am I correct
9     that H&R Block offers Tax Pro Review to users of
10    its do-it-yourself products?
11         A     Yes, that is correct.
12         Q     Is the Tax Pro Review offered within
13    the product flow of an H&R Block do-it-yourself
14    product?
15         A     Tax pro review is offered in multiple
16    instances within the do-it-yourself experience.
17         Q     Is one of the instances within the
18    do-it-yourself product flow in which Tax Pro Review
19    is offered after the user has completed their --
20    their tax return?
21         A     Yes.
22         Q     Do you have an understanding of why
23    the Tax Pro Review is offered to the user at that
24    point of the do-it-yourself product flow
25    experience?

Page 43

1          A     It's offered as an option before the
2     client files the return on their own.
3          Q     Thank you for that clarification.  My
4     question was slightly different, which is do you
5     know why it's offered at that point in the
6     do-it-yourself product flow experience?
7          A     It's offered there to provide another
8     avenue for help to give users confidence to file
9     their return.
10               MR. GRINGER:  Are we up to Exhibit 6
11     or 5?
12               MR. TALLOEN:  The next exhibit would
13     be 6.
14               MR. GRINGER:  Thank you.  So let's
15     mark tab 18 as Exhibit 6, Block Exhibit 6, and that
16     is a produced document, INTUIT_BLOCK_00003252.
17          Q     (BY MR. GRINGER)  Ms. Watts, let me
18     know once you're there.
19               MR. TALLOEN:  The exhibit is now
20     available.
21          A     I have it.
22          Q     (BY MR. GRINGER)  Okay.  And Block
23     Exhibit 6, it's a page on the H&R Block website
24     titled "What Can I Expect From My Tax Pro?"  And do
25     you see in the second sentence of Exhibit 6 it

                                   Page 44

1                    THE WITNESS:  That'd be great.

2                    MR. GRINGER:  Let's go off the

3      record.

4                    (Off the record.)

5           Q      (BY MR. GRINGER)  All right,

6      Ms. Watts.  What is H&R Block's AI Tax Assist?

7           A      AI Tax Assist is our generative AI

8      help feature, along with our expert help access.

9           Q      Why is your expert help access part

10     of AI Tax Assist?

11          A      We created AI Tax Assist and our

12     expert help to deliver on demand help for our

13     do-it-yourself clients.

14          Q      Are AI Tax Assist and on demand help

15     linked in some way at H&R Block?

16          A      Can you define what you mean by

17     "linked"?

18          Q      Fair enough.  You know, I asked you

19     about AI Tax Assist and you answered both with

20     regard to the AI offering and expert help, and I

21     guess my question really is just why did you

22     include the expert help in that answer with regard

23     to AI Tax Assist?

24          A      Because the way that we brought the

25     feature to life, they are all combined into one

                                        Page 52

1        Q     Now, you said that you offer AI Tax

2    Assist and expert help at a lower price than

3    TurboTax Live Assisted.  Is that correct?

4        A     That is correct.

5        Q     You're aware that for each of the

6    last two tax seasons, Intuit has had a free

7    TurboTax Live Assisted offering through March 31 of

8    the tax season.  Correct?

9        A     Correct.

10       Q     There is no H&R Block offering that

11   offers live expert help and an AI Tax Assist for

12   free.  Correct?

13       A     That is correct.

14       Q     If -- are you familiar with the

15   phrase "simple returns"?

16       A     Can you give me more context for what

17   you mean?

18       Q     Sure.  H&R Block has a product

19   offering H&R Block Free Online?

20       A     Correct.

21       Q     And that product is free for

22   taxpayers who qualify to use it.  Correct?

23       A     That is correct.

24       Q     And the qualification to use it is if

25   you meet H&R Block's definition of "simple

Page 57

1    returns."  Correct?

2         A     Correct.

3         Q     And if you use the H&R Block Free

4    Online product, you do not have access for free to

5    live expert help or AI Tax Assist.  Correct?

6         A     That is correct.

7         Q     So how is it that H&R Block is giving

8    AI Tax Assist and live expert help away for free?

9              MR. KAGAN:  Object to form.

10        A     AI Tax Assist and live expert help is

11    included in the paid SKUs.  And the price for that

12    product is the same price it has been in the past

13    when that feature has not been included.

14        Q     (BY MR. GRINGER)  So you added

15    features to products that consumers have to pay

16    for.  Correct?

17        A     Correct.

18        Q     And there is a free TurboTax product

19    that offers live expert help and AI Tax Assist.

20    Correct?

21        A     Can you repeat the question one more

22    time?

23        Q     Sure.  Through March 31 of the last

24    two tax seasons, there has been a free TurboTax

25    offering that has offered consumers live expert

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    help.  Correct?

2        A     Correct.

3        Q     There are also paid TurboTax

4    offerings that offer consumers live expert help and

5    AI Tax Assist.  Correct?

6        A     Can you repeat that one more time?

7        Q     There are, in addition to the free

8    product offering, there are paid TurboTax Live

9    Assisted products that offer consumers live expert

10   help.  Correct?

11       A     Correct.

12       Q     Why is it that H&R Block believes

13   that live expert help is not included in the price

14   of those TurboTax products?

15       A     Those products are substantially more

16   expensive than the equivalent products of Block.

17       Q     So just because TurboTax charges more

18   for the product, it means that the features

19   included with the product are not included?

20             MR. KAGAN:  Object to form.

21       A     That's not what I said.

22       Q     (BY MR. GRINGER)  Then what did you

23   say?

24       A     I said that TurboTax's price for

25   their products are substantially more expensive

Page 59



24          MR. GRINGER:  Let's now go to tab 48.

25     And let's mark tab 48 as Block Exhibit 8.

Page 77



Page 110



Page 112



```
 1
 2
 3
 4
 5
 6              MR. KAGAN:   Object to form.
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 113



1

2

3

4

5

6

7

8

9

10

11     Q     Going back to one thing I forgot to

12  ask, who is on the H&R Block senior leadership

13  team?

14     A     You want me to list all of the

15  members of the senior leadership team?

16     Q     If you can.  I don't know how big a

17  team it is, so if it's too onerous, if you can just

18  tell me the people you remember off the top of my

19  head.

20     A     Jeff Jones, Tony Bowen, Alan Lowden,

21  Jill Cress, Les Whiting, Jamil Khan, Tiffany

22  Monroe, and Dara Redler.

23     Q     Thank you.  If we turn to page 18 of

24  Exhibit 10, which has a Bates number ending in

25  1499, it says Battle #1 -- Grow Awareness To Propel

Page 114



```
 1
 2
 3
 4    read):
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 116

1    right next to the price in green?

2          A     I see the box.  I can't read the

3    text.

4          Q     Do you have any sense of what might

5    be in the text?

6          A     I can't read it.

7          Q     Do you have any reason to doubt that

8    it is reflecting prices for various TurboTax Live

9    Assisted SKUs?

10         A     I can't, I mean, I can't read it.  I

11   don't know what it says.

12               MR. GRINGER:  Let's then go to tab, I

13   want to say 70.  We'll mark that as Block Exhibit

14   11.  And for the record, Block Exhibit 11 is a

15   one-page document with a Bates number of

16   HRB0000868.

17               MR. TALLOEN:  I am working on it.  It

18   should now be available if you refresh the page.

19         A     I see it.

20         Q     (BY MR. GRINGER)  And have you seen

21   Block Exhibit 11 before?

22         A     Um, I think I have.

23         Q     ███████████████████████████████████

24   ███████████████████████████████████████████████

25         ██     █ ███████████████████████████

                                          Page 119



Page 120



```
 1        A        ▮ ▮▮▮▮▮
 2            ▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 3    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 4    ▮▮▮▮
 5            ▮    ▮▮▮▮▮
 6            ▮    ▮▮▮▮▮▮▮▮▮▮
 7    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 8    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 9    ▮▮▮▮▮▮    ▮▮▮▮
10              MR. KAGAN:  Form.
11        A        ▮▮▮▮▮▮▮
12        Q        ▮▮▮▮▮▮   ▮▮▮   ▮▮▮▮
13    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
14    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16    ▮▮▮▮▮▮▮▮    ▮▮▮▮
17            ▮    ▮▮▮▮
```

18              MR. GRINGER:  Go off the record.

19              (Off the record.)

20              MR. GRINGER:  Okay.  Let's mark as

21    Block Exhibit 12, tab 52.

22              MR. TALLOEN:  Working on that.

23              MR. GRINGER:  For the record, Block

24    Exhibit 12 is a multipage document with a Bates

25    number beginning with HRB0000919.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11              MR. KAGAN:  Object to form.
12      A
13
14
15      Q       (BY MR. GRINGER)  Do you agree that
16 two companies can have different prices, one
17 company's price lower than the other's -- the
18 other, and both companies can have transparent
19 prices?
20      A       They can.
21      Q       So just because one company has a
22 lower price than another doesn't mean the company
23 with the higher prices has hidden fees.  Correct?
24      A       Correct.
25      Q       Does H&R Block believe that TurboTax
```

Page 127

1    charges consumers hidden fees?

2         A    We believe that our pricing is more

3    transparent than TurboTax's pricing.

4         Q    My question is, does H&R Block

5    believe that TurboTax charges consumers hidden

6    fees?

7         A    I think yes, just based on consumer

8    feedback we've seen.

9         Q    Other than consumer feedback that

10   you've seen, does H&R Block have any other basis

11   for believing that TurboTax charges consumers

12   hidden fees?

13        A    No.

14        Q    What is the consumer feedback that

15   you've seen that leads H&R Block to believe that

16   TurboTax charges consumers hidden fees?

17        A    We've seen comments in social and

18   reviews that TurboTax clients believe there are

19   hidden fees.

20        Q    Other than customer reviews and

21   social media, is there -- are there -- is there any

22   other customer feedback you've seen that leads H&R

23   Block to believe that TurboTax charges consumers

24   hidden fees?

25        A    No.

Page 128

1    plus.

2          Q      (BY MR. GRINGER)  If we can now bring

3    up as Exhibit 13, tab 1?  For the record, tab 1 has

4    a Bates number of -- sorry, Exhibit 13 has a Bates

5    number INTUIT_BLOCK_00000190.

6                  MR. TALLOEN:  And it should now be

7    available if you refresh the page.

8          A      Okay.

9          Q      (BY MR. GRINGER)  And do you

10   recognize, Ms. Watts, Exhibit 13 as challenged

11   Block advertisement A from the 30(b)(6) deposition

12   notice?

13         A      It's a web page.

14         Q      And I think you've already testified

15   that one of Block's goals for tax season '24 was to

16   compare its transparent pricing with TurboTax's

17   hidden fees.  Do you recall that?

18         A      No.  What I said was we were

19   comparing our price to their price.

20         Q      And, now, do you agree with me that

21   in Exhibit 13, other than H&R Block's products, the

22   only other tax preparation company mentioned is

23   TurboTax?

24         A      That's correct.

25         Q      And do you see the line, (quote as

                                          Page 149

1        Q      Right, they're included in your

2   Deluxe, Premium, and Self-Employed products;

3   correct?

4        A      Correct.  You're not paying $35 for

5   just that feature.

6        Q      I understand.  If you click "Get

7   started," does everyone start in the Deluxe

8   product?

9        A      I honestly don't remember the

10  navigation after this "Get started" button.

11       Q      How would someone end up in the Block

12  Premium product?

13              MR. KAGAN:  Object to form.

14       A      They would choose that from the

15  website.  Or if they're in a different product and

16  they need forms that are covered in Premium, they

17  would be presented that within their experience.

18       Q      (BY MR. GRINGER)  Does H&R Block know

19  what happens if you click "Get started" in the

20  second tile of Exhibit 13?

21       A      I just -- I don't remember.  I'm sure

22  we have it, but I don't -- I don't know right off

23  the top of my head what's the very next page.

24       Q      Is "Starting at" in the second tile

25  intended to indicate that the Deluxe SKU is $35

Page 159

1    plus state and there are other SKUs that are more

2    expensive.

3              MR. KAGAN:  Object to form.

4        A    "Starting at" is the Deluxe price.

5    The $35.

6        Q    (BY MR. GRINGER)  Does it say

7    anywhere on the second tile of Exhibit 13 that it

8    is the Deluxe H&R Block product?

9        A    It does not.

10       Q    Do you see anything on the second

11   tile of Exhibit 13 that would communicate to a

12   brand new H&R Block customer that what was being

13   referenced in the second tile was the H&R Block

14   Deluxe product?

15       A    I don't.

16       Q    Do you agree that the lowest priced

17   TurboTax Live Assisted product in January 2024 was

18   zero dollars?

19       A    Yes.

20       Q    Has H&R Block done any testing at all

21   of what we're looking at here in Exhibit 13?

22             MR. KAGAN:  Object to form.

23       A    I'm not aware of all the testing.  I

24   don't -- I don't think we did, but I -- I'm not 100

25   percent sure.

Page 160

1    Block.com but didn't finish their return on H&R

2    Block.com?

3                 MR. KAGAN:  Object to form.

4         A    I don't -- I don't have knowledge of

5    who exactly got that email.

6         Q    (BY MR. GRINGER)  Do you know if the

7    email in tax season '24 -- I'm sorry.  Do you know

8    if the email in Exhibit 17 was sent in tax season

9    '24 to clients who registered and uploaded a prior

10   TurboTax return but did not complete their return

11   on H&R Block.com?

12        A    I just -- I don't know who the email

13   audience was for that email.

14        Q    Who would know?

15        A    Garrett Rice, whoever sees our email

16   would know.

17        Q    Do you think Pierson Curtis would

18   also know?

19        A    He might.

20        Q    ██████████████████████████████████████.

21   ████████████████████████████████████████████

22   ████████████████████████████  ████████

23        ██     ████████

24                 MR. GRINGER:  Can we now bring up as

25   Exhibit 19, tab 100?  For the record, Exhibit 19 is

                                        Page 194

```
 1    a multipage document with a Bates number beginning
 2    with HRB0002079.
 3              MR. TALLOEN:  That should now be
 4    available.
 5         A    I have it up.
 6         Q    (BY MR. GRINGER)  Have you seen
 7    Exhibit 19 before, Ms. Watts?
 8         A    I have.
 9         Q    In what context have you seen Exhibit
10    19?
11         A    I saw it before the season kicked
12    off, and I also saw it this week.
13         Q    You saw it this week as part of your
14    prep to be H&R Block's designee today?
15         A    Correct.
16         Q    ████████████████████████████████
17    ████████  ██████████████████
18         █    █  ████████
19         █    ██████████████████████████████  ████
20    ████████████████████
21         █    █  ██████████
22         █    ████████████████████████████
23    ████████████████  ████████████  ██████
24    ██████████████████████
25         █    ██████████████████████████████████
```



                                        Page 195

1    Q    

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21        MR. KAGAN:  Form, asked and answered.

22        A

23

24

25

Page 196

```
 1        A    ████████████
 2        Q    ██████
 3        A    ████████████
 4        Q    ████████████  ████████████████████
 5    ████████████  ███████████████████████
 6    ████████████████████████████████████████████
 7    ████████████  ████████████
```

 8              MR. KAGAN:  Object to form.

 9        A    ████████████

10              MR. GRINGER:  Why don't we go off the

11    record.

12              (Off the record.)

13        Q    (BY MR. GRINGER)  Ms. Watts, do you

14    understand that H&R Block has filed counterclaims

15    in this case?

16        A    I do.

17        Q    And what is your understanding,

18    without looking at any reference documents, of

19    those counterclaims?

20              MR. KAGAN:  You're asking her in her

21    individual capacity or as a 30(b)(6) witness?

22        Q    (BY MR. GRINGER)  Fair point.  Let me

23    withdraw the -- without looking at any reference

24    documents.  What's H&R Block's -- what does H&R

25    Block believe that Intuit did wrong?

Page 197