# EXHIBIT 57

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4
 5      INTUIT, INC.,
 6           Plaintiff,
 7           vs.                   Case No.
 8                                 5:24-CV-00253-BLF
 9      HRB TAX GROUP, INC.
10      and HRB DIGITAL LLC,
11           Defendants.
12      ----------------------
13      HRB DIGITAL LLC,
14           Counterclaim-Plaintiff,
15           vs.
16      INTUIT, INC.,
17           Counterclaim-Defendant.
18
19
20            VIDEO DEPOSITION OF PIERSON CURTIS
21                     Taken on behalf
22      of the Plaintiff/Counterclaim Defendant
23                       INTUIT, INC.
24                     July 24, 2024
25

                                              Page 1
```

```
 1                        INDEX
 2
 3         QUESTIONS BY:
 4              Mr. Gringer                            6
 5
 6
 7                   INDEX OF EXHIBITS
 8   Exhibit 1    Pierson Curtis LinkedIn profile    24
 9   Exhibit 2    HRB_1605                           53
10   Exhibit 3    HRB_1913-20                        58
11   Exhibit 4    HRB_1159                          109
12   Exhibit 5    HRB_1428-1429 w/PowerPoint        127
13   Exhibit 6    HRB_1481-1513                     165
14   Exhibit 7    HRB_868                           178
15   Exhibit 8    HRB_1111-1112                     178
16   Exhibit 9    HRB_1230                          187
17   Exhibit 10   HRB_1092-93                       192
18   Exhibit 11   Intuit_Block_2073                 197
19   Exhibit 12   Intuit_Block_190                  198
20
21
22
23
24
25
                                              Page 2
```

```
 1          APPEARANCES
 2
 3      FOR THE PLAINTIFF/COUNTERCLAIM DEFENDANT:
 4          WILMER CUTLER PICKERING HALE
 5              AND DORR LLP
 6          MR. DAVID GRINGER
 7          MR. STIJN TALLOEN
 8          7 World Trade Center
 9          250 Greenwich Street
10          New York, NY  10007
11          (212) 230-8800
12          david.gringer@wilmerhale.com
13
14
15      FOR THE DEFENDANT/COUNTERCLAIM PLAINTIFF:
16          BERKOWITZ OLIVER LLP
17          MS. STACEY GILMAN
18          2600 Grand Blvd., Suite 1200
19          Kansas City, MO  64108
20          (816) 561-7007
21          sgilman@berkowitzoliver.com
22          Also present:  Ms. Kate Hansen
23
24              -and
25
```

Page 3

```
 1
 2
 3
 4              DEBEVOISE & PLIMPTON LLP
 5              MR. DAVID H. BERNSTEIN
 6              MS. MARISSA BARON
 7              66 Hudson Boulevard
 8              New York, NY  10001
 9              (212) 909-6000
10              dbernstein@debevoise.com
11
12
13
14
15  Reported by:
16  Ms. Suzanne Benoist, RPR, CCR-MO-KS-NM, CSR-IL-IA
17  Mr. Steve Troncone, Videographer
18  Veritext Legal Solutions
19  701 Market Street, Suite 310
20  St. Louis, MO  63101
21  (314) 230-7260
22
23
24
25
```

Page 4

```
 1            IT IS HEREBY STIPULATED AND AGREED by and
 2   between Counsel for the Plaintiff and Counsel for
 3   the Defendant, that this deposition may be taken by
 4   Suzanne Benoist, a Certified Court Reporter and
 5   Notary Public, and thereafter transcribed into
 6   typewriting, with the signature of the witness
 7   being expressly reserved.
 8                          -oOo-
 9            VIDEOGRAPHER:  We are now on the
10   video record.  Today is July 24th, 2024.  The time
11   is approximately 10:35 a.m. Central Time.  We are
12   here in the matter of Intuit, Inc. versus HRB Tax
13   Group, Inc. and HRB Digital, LLC.  We are here
14   today to take the deposition of Pierson Curtis.
15            Will counsel please identify
16   themselves for the record?
17            MR. GRINGER:  David Gringer, Wilmer
18   Cutler Pickering Hale and Dorr for Intuit, joined
19   by my colleague Stijn Talloen also from WilmerHale.
20            MS. GILMAN:  Good morning.  This is
21   Stacey Gilman of Berkowitz Oliver on behalf of HRB
22   Digital, LLC and HRB Tax Group, Inc., and I believe
23   on the line we also have David Bernstein and
24   Marissa Baron of Debevoise, and I have with me also
25   here Kate Hansen who is in-house counsel for HRB
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1           A.     Because I didn't know the answers to
 2   that question.
 3           Q.     Why did you want to know the primary
 4   features and price of TurboTax Online and TurboTax
 5   Live Assisted?
 6           A.     To help possibly inform the
 7   suggestions that we make in our strategy.
 8           Q.     Why did you think primary features
 9   and price would possibly inform the suggestions
10   that you would make in your strategy?
11           A.     My own interpretation of those two is
12   that's what consumers might care about.
13           Q.     Then your, the fourth bullet in
14   Exhibit 4 talks about the dollar value of our
15   expert help, for example what did we charge for
16   OLA.
17                  Do you see that?
18           A.     I see that.
19           Q.     Does OLA stand for online assisted?
20           A.     I don't think so.
21           Q.     What does OLA stand for?
22           A.     Online assist.
23           Q.     Right.  Sorry.
24                  What is online assist?
25           A.     I don't know.
```

Page 122