Sonal N. Mehta (CA Bar No. 222086)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Sonal.Mehta@wilmerhale.com

*Attorneys for Plaintiff and
Counterclaim-Defendant Intuit Inc.*

David Bernstein (S.B. # 3365551)
dhbernstein@debevoise.com
Abraham A. Tabaie (S.B. # 260727)
atabaie@debevoise.com
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108
Tel: (415) 738-5700
Fax: (415) 644-5628

*Attorneys for Defendants HRB Tax Group, Inc. and HRB
Digital LLC and Counterclaim-Plaintiff HRB Digital LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| INTUIT INC.,<br><br>   Plaintiff,<br><br> vs.<br><br>HRB TAX GROUP, INC.<br>and HRB DIGITAL LLC,<br><br>   Defendants.<br>―――――――――――――――――――<br>HRB DIGITAL LLC,<br><br>   Counterclaim-Plaintiff,<br><br> vs.<br><br>INTUIT INC.,<br><br>   Counterclaim-Defendant. | Case No. 5:24-CV-00253-BLF<br><br>**JOINT STATEMENT REGARDING EXHIBITS IN EVIDENCE** |

*Additional Counsel for Plaintiff and Counterclaim-Defendant Intuit Inc.:*

David Z. Gringer (*pro hac vice*)
Kalyn Heyen (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich St.
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
David.Gringer@wilmerhale.com
Kalyn.heyen@wilmerhale.com

Derek A. Woodman (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (212) 663-6000
Facsimile: (212) 230-6363
Derek.Woodman@wilmerhale.com

*Additional Counsel for Defendants HRB Tax Group, Inc. and HRB Digital LLC and Counterclaim-Plaintiff HRB Digital LLC:*

Jared I. Kagan
jkagan@debevoise.com
Marissa Baron
mbaron@debevoise.com
Naomi Perla
nperla@debevoise.com
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
Tel: (212) 909-6000
Fax: (212) 909-6836)

Jeffrey A. Barker (S.B. #166327)
jbarker@omm.com
Scott W. Pink (S.B. #122383)
spink@omm.com
Peter D'Agostino (S.B. #315419)
pdagostino@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

On October 1, 2024, the Court instructed the parties to submit a joint list of exhibits that were admitted during the hearing and that have been offered on the papers through filing on the docket.  *See* PI Hr'g Tr. 388:9-13.

Pursuant to the Court's instruction, the parties jointly submit the following (1) list of exhibits admitted during the preliminary injunction hearing and (2) list of exhibits submitted on the papers through the docket that were not admitted during the preliminary injunction hearing. The parties will also provide the Court with a binder of the exhibits admitted during the hearing.

**I.    Exhibits Admitted At The Preliminary Injunction Hearing**

| Intuit Exhibits | | | |
|---|---|---|---|
| **Hearing Exhibit No.** | **Description** | **Corresponding Docket No.** | **Admission Citation** |
| Intuit Ex. 8 | Intuit Internal Help Article, "Expert Review End-to-End Guide" | Dkts. 89-9, 90-6 | 46:16 |
| Intuit Ex. 12 | Spreadsheet of TurboTax tNPS Scores from Tax Year 2023 | Dkts. 89-13, 90-8 | 57:16 |
| Intuit Ex. 17 | Intuit Internal Help Article, "What's the difference between an Expert Review and a Full Service upgrade?" | Dkt. 89-18 | 71:16[1] |
| Intuit Ex. 23 | Screenshot of H&R Block Homepage Ad, Jan. 11, 2024 | Dkt. 89-24 | 108:22[2] |
| Intuit Ex. 24 | Screenshots of Consumer Experience Attempting To Connect With Expert in H&R Block's Paid DIY Product | Dkt. 89-25 | 122:14 |
| Intuit Ex. 30 | Screenshot of H&R Block Homepage, Jan. 12, 2024 | Dkt. 89-31 | 191:17[3] |
| Intuit Ex. 32 | Screenshots of Consumer Experience Using H&R Block Paid DIY Product | Dkt. 89-33 | 111:13 |
| Intuit Ex. 35 | Business Insider, "TurboTax vs. H&R Block 2024 (Tax Year 2023)," Jan. 5, 2024 | Dkt. 89-36 | 157:23 |
| Intuit Ex. 37 | Screenshot of H&R Block "It's Better With Block" Email Advertisement | Dkt. 89-38 | 140:17 |

---

[1] The hearing transcript includes a transcription error identifying Intuit Exhibit 17 as Defendant's Exhibit 17.  *See* PI Hr'g Tr. 71:16.  As a result, the transcript incorrectly identifies Defendant's Exhibit 17 as an admitted exhibit and omits Intuit Exhibit 17.

[2] The hearing transcript includes a transcription error identifying Intuit Exhibit 23 as Defendant's Exhibit 23.  *See* PI Hr'g Tr. 108:22.  As a result, the transcript incorrectly omits Intuit Exhibit 23 as an admitted exhibit.  The transcript also incorrectly identifies Mr. Kagan as the moving attorney.  *See* PI Hr'g Tr. 108:17-18.  Mr. Gringer moved to admit Intuit Exhibit 23.

[3] The hearing transcript includes a transcription error identifying Intuit Exhibit 30 as Defendant's Exhibit 30.  *See* PI Hr'g Tr. 191:17.  As a result, the transcript incorrectly identifies Defendant's Exhibit 30 as an admitted exhibit and omits Intuit Exhibit 30.

| Intuit Exhibits | | | |
|---|---|---|---|
| **Hearing Exhibit No.** | **Description** | **Corresponding Docket No.** | **Admission Citation** |
| Intuit Ex. 49 | H&R Block ".Com Review" Presentation, Dec. 2023 | Dkts. 89-51, 91-3 | 249:3[4] |
| Intuit Ex. 50 | H&R Block "DIY Go-to-Market Plan" Presentation, Nov. 10, 2023 | Dkts. 89-52, 91-4 | 131:4 |
| Intuit Ex. 53 | H&R Block Advertisement | Dkts. 89-55, 91-7 | 135:1-6[5] |
| Intuit Ex. 59 | Excerpts of positive reviews left on the TurboTax website for the 2024 tax season through June 18, 2024 | Dkt. 122-2 | 59:24 |
| Intuit Ex. 71 | Screenshot of "Preview My 1040" Tool | N/A | 48:16 |
| Intuit Ex. 78 | Screenshot of Two-Year Comparison Tool | N/A | 50:24 |
| Intuit Ex. 80 | Patty G. Expert Final Review Experience | N/A | 39:2 |
| Intuit Ex. 81 | Bogdan P. Expert Final Review Experience | N/A | 39:2 |
| Intuit Ex. 93 | Block Website Visitor and Click Data | N/A | 136:19 |

| Block Exhibits | | | |
|---|---|---|---|
| **Hearing Exhibit No.** | **Description** | **Corresponding Docket No.** | **Admission Citation** |
| Block Ex. 1 | January 2020 Wayback Machine Printout of HRBlock.com | Dkt. 113-58 | 229:18 |
| Block Ex. 2 | February 2021 Wayback Machine Printout of HRBlock.com | Dkt. 113-59 | 230:23 |
| Block Ex. 6 | Block DIY Deluxe v. TurboTax Live Assisted Deluxe Feature Comparison Chart | N/A | 233:12 |
| Block Ex. 7 | TurboTax Live Assisted Product Flow Screens | N/A | 92:2-3 |
| Block Ex. 8 | September 27, 2024 Webpage Printout of HRBlock.com | N/A | 265:23 |
| Block Ex. 9 | September 27, 2024 Webpage Printout of HRBlock.com/online-tax-filing | N/A | 227:15 |
| Block Ex. 12 | September 27, 2024 Webpage Printout of HRBlock.com /offers/turbotax-price-comparison/ | N/A | 266:24 |
| Block Ex. 13 | TurboTax Product Feature Comparison Chart | N/A | 181:16 |

---

[4] The hearing transcript includes a transcription error identifying Intuit Exhibit 49 as Defendant's Exhibit 49. *See* PI Hr'g Tr. 249:3. As a result, the transcript incorrectly identifies Defendant's Exhibit 49 as an admitted exhibit and omits Intuit Exhibit 49.

[5] The hearing transcript omits Intuit Exhibit 53 as an admitted exhibit. *See* PI Hr'g Tr. 135:1-6.

| Block Exhibits | | | |
|---|---|---|---|
| Hearing Exhibit No. | Description | Corresponding Docket No. | Admission Citation |
| Block Ex. 15 | November 30, 2023 Wayback Machine Printout of Turbotax.Intuit.com/personal-taxes/online/live/ | Dkt. 113-18 | 189:13 |
| Block Ex. 16 | December 5, 2023 Wayback Machine Printout of Turbotax.Intuit.com/personal-taxes/online/live/ | Dkt. 113-44 | 190:4 |
| Block Ex. 18 | Intuit Internal Guide, "TurboTax Live – Assisted" | Dkts. 113-11, 115-9 | 64:1 |
| Block Ex. 22 | TurboTax Live Assisted Product Review ("Do not be Mislead") | N/A | 93:17 |
| Block Ex. 23 | TurboTax Live Assisted Product Review ("Beware of the TurboTax Live upgrade") | N/A | 94:17 |
| Block Ex. 27 | Reference Guide on Survey Research | N/A | 286:6-25[6] |
| Block Ex. 28 | Screenshot of Block DIY Deluxe Product | Dkt. 89-33 | 242:25 |
| Block Ex. 31 | Intuit's Responses and Objections to Block's Second Set of Interrogatories | N/A | 80:20 |
| Block Ex. 32 | September 29, 2024 Webpage Printout of taxact.com | N/A | 195:15 |
| Block Ex. 33 | Exemplar of Intuit's "No Thanks" Product Flow | N/A | 92:2-3 |
| Block Ex. 34 | Exemplar of Block's Expert Chat Function | N/A | 255:13-15[7] |
| Block Ex. 35 | September 29, 2024 Webpage Printout of TurboTax Live Assisted Homepage | N/A | 184:3 |
| Block Ex. 37 | September 30, 2024 Webpage Printout of Turbotax.Intuit.com ("Join the over 6 million people who have switched to TurboTax so far this year") | N/A | 199:22 |
| Block Ex. 38 | January 30, 2023 Webpage Printout of Turbotax.Intuit.com/personal-taxes/online/live/how-it-works | N/A | 174:9 |
| Block Ex. 39 | TurboTax Community Article, "What is an Expert Review and how can I schedule one?" | N/A | 176:25 |

---

[6] The hearing transcript omits Block Exhibit 27 as an admitted exhibit. *See* PI Hr'g Tr. 286:6-25.
[7] The hearing transcript omits Block Exhibit 34 as an admitted exhibit. *See* PI Hr'g Tr. 255:13-15.

II. **Evidence Submitted Through Papers On The Docket And Not Admitted During The Hearing**

| Intuit Evidence | | |
|---|---|---|
| **Exhibit No.** | **Description** | **Docket No.** |
| Intuit Ex. B | Declaration of David Gringer (authenticating exhibits) | Dkt. 89-40 |
| Intuit Ex. 41 | Consumer Review of H&R Block DIY Product | Dkt. 89-43 |
| Intuit Ex. 42 | Consumer Review of H&R Block DIY Product | Dkt. 89-44 |
| Intuit Ex. 43 | Consumer Review of H&R Block DIY Product | Dkt. 89-45 |
| Intuit Ex. 44 | Consumer Review of H&R Block DIY Product | Dkt. 89-46 |
| Intuit Ex. 45 | Consumer Review of H&R Block DIY Product | Dkt. 89-47 |
| Intuit Ex. 46 | H&R Block Q2 FY2024 Earnings Call Transcript | Dkt. 89-48 |
| Intuit Ex. 47 | H&R Block Q3 FY2024 Earnings Call Transcript | Dkt. 89-49 |
| Intuit Ex. 48 | H&R Block Q3 FY2024 Earnings Presentation | Dkt. 89-50 |
| Intuit Ex. 51 | H&R Block "FY24 Price Monitoring" Presentation, Nov. 30, 2023 | Dkts. 89-53, 91-5 |
| Intuit Ex. 52 | H&R Block Feb. 6, 2024 Email With Attachments | Dkts. 89-54, 91-6 |
| Intuit Ex. 54 | H&R Block "FY24 Global Consumer Tax DIY: Input Brief Summary" | Dkts. 89-56, 91-8 |
| Intuit Ex. 55 | H&R Block Oct. 9, 2023 Email | Dkts. 89-57, 91-9 |
| Intuit Ex. 56 | H&R Block "AI Working Session 10/10/2023" | Dkts. 89-58, 91-10 |
| Intuit Ex. 57 | Excerpts of Pierson Curtis Deposition | Dkts. 91-11, 156-2 |
| Intuit Ex. D | Declaration of Danielle Bailey | Dkts. 89-62, 90-21 |
| Decl. of D. Gringer | Declaration of David Gringer (authenticating exhibits) | Dkt. 122-3 |
| Intuit Ex. 64 | Excerpts of Erica Deplante Deposition | Dkts. 122-8, 124-3 |
| Intuit Ex. 65 | August 22, 2024 email between H&R Block's counsel and Erica Deplante | Dkt. 122-9 |
| Intuit Ex. 66 | February 15, 2024 email among H&R Block employees | Dkts. 122-10, 124-4 |

| Intuit Evidence | | |
|---|---|---|
| **Exhibit No.** | **Description** | **Docket No.** |
| Intuit Ex. 67 | February 22, 2019 screenshot of TurboTax website, obtained through the Internet Archive's Wayback Machine | Dkt. 122-11 |
| Intuit Ex. 68 | March 20, 2020 screenshot of TurboTax website, obtained through the Internet Archive's Wayback Machine | Dkt. 122-12 |
| Intuit Ex. 69 | June 10, 2021 screenshot of TurboTax website, obtained through the Internet Archive's Wayback Machine | Dkt. 122-13 |
| Intuit Ex. 70 | March 15, 2022 screenshot of TurboTax website, obtained through the Internet Archive's Wayback Machine | Dkt. 122-14 |

| Block Evidence | | |
|---|---|---|
| **Exhibit No.** | **Description** | **Docket No.** |
| Block Ex. 101 | Declaration of Marissa Baron (authenticating exhibits) | Dkts. 113-1, 115-3 |
| Block Ex. 102 (Ex. 1 to Baron Decl.) | Screenshot from TurboTax Product Flow ("All your calculations are correct!") | Dkt. 113-2 |
| Block Ex. 103 (Ex. 2 to Baron Decl.) | Screenshot from TurboTax Product Flow ("A tax expert can answer any final questions before you file.") | Dkt. 113-3 |
| Block Ex. 104 (Ex. 3 to Baron Decl.) | Screenshot from TurboTax Product Flow ("Sure. What's on your mind?") | Dkt. 113-4 |
| Block Ex. 105 (Ex. 4 to Baron Decl.) | TurboTax Product Feature Comparison Chart | Dkt. 113-5 |
| Block Ex. 106 (Ex. 5 to Baron Decl.) | June 27, 2024 Declaration of Chris Veit, Director of Growth and Analytics at Intuit | Dkt. 113-6 |
| Block Ex. 107 (Ex. 6 to Baron Decl.) | Excel spreadsheet titled "Query_Results_Requests_for_Production.xlsx." | Dkts. 113-7, 115-5 |
| Block Ex. 108 (Ex. 7 to Baron Decl.) | Intuit Internal Help Article, "Expert Review End-to-End Guide" | Dkts. 113-8, 115-6 |

| Block Evidence | | |
|---|---|---|
| **Exhibit No.** | **Description** | **Docket No.** |
| Block Ex. 109 (Ex. 8 to Baron Decl.) | Intuit Internal Help Article, "When and how should I suggest a customer upgrade to Full Service from Expert Review?" | Dkts. 113-9, 115-7 |
| Block Ex. 110 (Ex. 9 to Baron Decl.) | Screenshot from TurboTax Live Product Flow ("Let's do a complete review in Full Service") | Dkts. 113-10, 115-8 |
| Block Ex. 111 (Ex. 10 to Baron Decl.) | Intuit Internal Guide, "TurboTax Live – Assisted" | Dkts. 113-11, 115-9 |
| Block Ex. 112 (Ex. 11 to Baron Decl.) | Intuit Community Article, "What if I need my return completely reviewed?" | Dkt. 113-12 |
| Block Ex. 113 (Ex. 12 to Baron Decl.) | TurboTax Online Pricing for Tax Year 2023 | Dkts. 113-13, 115-10 |
| Block Ex. 114 (Ex. 13 to Baron Decl.) | Intuit Inc.'s Responses and Objections to Defendants' and Counterclaim Plaintiff's First Set of Interrogatories | Dkts. 113-14, 115-11 |
| Block Ex. 115 (Ex. 14 to Baron Decl.) | Intuit Inc.'s Responses and Objections to Defendants' and Counterclaim Plaintiff's First Set of Requests for Admission (Nos. 1-14) | Dkts. 113-15, 115-12 |
| Block Ex. 116 (Ex. 15 to Baron Decl.) | Block's TPR Product Brief | Dkts. 113-16, 114-3 |
| Block Ex. 117 (Ex. 16 to Baron Decl.) | Block's FY24 Global Consumer Tax DIY Slide Deck | Dkts. 113-17, 114-4 |
| Block Ex. 118 (Ex. 17 to Baron Decl.) | November 30, 2023 screenshot of TurboTax website, obtained through the Internet Archive's Wayback Machine | Dkt. 113-18 |
| Block Ex. 130 (Ex. 29 to Baron Decl.) | Excerpts of Jennifer Wilkins Deposition | Dkts. 113-30, 117-2 |
| Block Ex. 131 (Ex. 30 to Baron Decl.) | Excerpts of Jennifer Wilkins Deposition | Dkts. 113-31, 117-3 |
| Block Ex. 132 (Ex. 31 to Baron Decl.) | Excerpts of Jennifer Wilkins Deposition | Dkt. 113-32 |

| Block Evidence |||
|---|---|---|
| **Exhibit No.** | **Description** | **Docket No.** |
| Block Ex. 133 (Ex. 32 to Baron Decl.) | Excerpts of Jennifer Wilkins Deposition | Dkt. 113-33 |
| Block Ex. 183 | Declaration of Erica Deplante | Dkt. 113-83 |

Respectfully submitted,

DATED:  October 11, 2024

By: /s/ David Gringer
    David Gringer

*Attorney for Intuit Inc.*

DATED:  October 11, 2024

By:  /s/ David Bernstein
    David Bernstein

*Attorney for HRB Tax Group, Inc. and HRB Digital LLC*

-9-
JOINT STATEMENT REGARDING EXHIBITS IN EVIDENCE

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney David Gringer. By his signature, Mr. Gringer attests that he has obtained concurrence in the filing of this document from the other signatory.

By:   /s/ David Gringer
      David Gringer