SONAL N. MEHTA (S.B. # 222086)
Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel:    (650) 858-6000
Fax:    (650) 858-6100

*Attorneys for Plaintiff and
Counterclaim-Defendant Intuit Inc.*

DAVID H. BERNSTEIN (S.B. # 336551)
dhbernstein@debevoise.com
ABRAHAM A. TABAIE (S.B. # 260727)
atabaie@debevoise.com
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108

*Attorneys for Defendants HRB Digital LLC and
HRB Tax Group, Inc. and Counterclaim-Plaintiff
HRB Digital LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**DIVISION OF SAN JOSE**

| | |
|---|---|
| INTUIT INC., <br><br> Plaintiff, <br><br> v. <br><br> HRB TAX GROUP, INC., and HRB DIGITAL LLC, <br><br> Defendants. <br><br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br><br>HRB DIGITAL LLC, <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> INTUIT INC., <br><br> Counterclaim-Defendant. | Case No. 5:24-CV-00253-BLF <br><br> **JOINT STIPULATION TO EXTEND TIME FOR HRB DIGITAL LLC TO RESPOND TO INTUIT INC.'S MOTION TO DISMISS** <br><br> Motion to Dismiss Filed: October 7, 2024 <br> Hearing Date: February 27, 2025 <br> Time: 9:00 a.m. <br><br> Judge: Hon. Beth Labson Freeman |

*Additional Attorneys for Plaintiff and Counterclaim-Defendant Intuit Inc.:*

David Z. Gringer (*pro hac vice*)
Kalyn Heyen (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich St.
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
David.Gringer@wilmerhale.com
Kalyn.heyen@wilmerhale.com

Derek A. Woodman (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (212) 663-6000
Facsimile: (212) 230-6363
Derek.Woodman@wilmerhale.com

*Additional Attorneys for Defendants HRB Tax Group, Inc. and HRB Digital LLC and Counterclaim-Plaintiff HRB Digital LLC:*

| | |
|---|---|
| JARED I. KAGAN (admitted *pro hac vice*) | JEFFREY A. BARKER (S.B. #166327) |
| jikagan@debevoise.com | jbarker@omm.com |
| MARISSA BARON (admitted *pro hac vice*) | SCOTT W. PINK (S.B. #122383) |
| mbaron@debevoise.com | spink@omm.com |
| NAOMI PERLA (admitted *pro hac vice*) | PETER D'AGOSTINO (S.B. #315419) |
| nperla@debevoise.com | pdagosinto@omm.com |
| DEBEVOISE & PLIMPTON LLP | O'MELVENY & MYERS LLP |
| 66 Hudson Boulevard | 1999 Avenue of the Stars, 8th Floor |
| New York, New York 10001 | Los Angeles, California 90067-6035 |
| Telephone: (212) 909-6000 | Telephone: (310) 553-6700 |
| Facsimile: (212) 909-6836 | Facsimile: (310) 246-6779 |

Pursuant to Civil Local Rules 6-1(b) and 6-2(a), HRB Digital LLC and Intuit Inc. (jointly, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

1. On September 9, 2024, HRB Digital LLC filed Amended Counterclaims against Intuit Inc. (ECF No. 125).

2. On October 7, 2024, Intuit Inc. filed a motion to dismiss HRB Digital LLC's Amended Counterclaims (ECF No. 154), which, per the docket entry text, is set for a hearing on February 27, 2024. The Parties jointly request that the docket entry text be updated to set the hearing on Intuit Inc.'s motion to dismiss for February 27, 2025.

3. Pursuant to Civil Local Rule 7-3(a) and (c), the current deadline for HRB Digital LLC to oppose Intuit Inc.'s motion to dismiss is **October 21, 2024**, and the current deadline for Intuit Inc.'s reply in support of the motion is **October 28, 2024**.

4. HRB Digital LLC has requested an extension of, and Intuit Inc. has agreed to extend, the deadline for HRB Digital LLC to oppose Intuit Inc.'s motion to dismiss by 14 days, to **November 4, 2024**.

5. Intuit has likewise requested an extension of, and HRB Digital LLC has agreed to extend, the deadline for Intuit's reply in support of Intuit Inc.'s motion to dismiss by 14 days to **November 25, 2024**.

6. The foregoing extensions will not alter the date of any event or any deadline already fixed by Court order.

7. The Parties further agree that that these extensions of time and schedule is agreed upon at HRB Digital LLC's request in light of the overlap of several other active matters and commitments to religious holidays during the current briefing period.

8. Deadlines in this case were extended five times before by stipulation. The deadline for Intuit Inc.'s response to H&R Block Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 31) was extended by 14 days (ECF No. 43). The Parties later stipulated to dismissal of H&R Block, Inc. on February 16, 2024 (ECF No. 46). The deadline for HRB Digital LLC and HRB Tax Group, Inc.'s answer or respond to Intuit Inc.'s Amended Complaint (ECF

1  No. 18) was extended by 14 days (ECF No. 45). The deadline for Intuit Inc. to answer or
2  respond to HRB Digital LLC's Counterclaims was extended by 14 days on March 29, 2024
3  (ECF No. 62). The deadline for HRB Digital LLC to oppose or otherwise respond to Intuit Inc.'s
4  motion to dismiss HRB Digital LLC's counterclaims was extended by 14 days, and the deadline
5  for Intuit Inc. to reply to HRB Digital LLC's opposition brief was extended by 7 days, on May 6,
6  2024 (ECF No. 66). The deadline for Intuit Inc. to answer or otherwise respond to HRB Digital
7  LLC's Amended Counterclaims was extended by 14 days on September 16, 2024 (ECF No.
8  136).
9        THEREFORE, IT IS AGREED AND STIPULATED by the Parties that: HRB Digital
10 LLC shall have an additional fourteen (14) days, through and including **November 4, 2024,** to
11 file an opposition to Intuit Inc.'s motion to dismiss (ECF No. 154), and Intuit Inc. shall have an
12 additional fourteen (14) days, through and including **November 25, 2024**, to file a reply in
13 support of Intuit Inc.'s motion to dismiss (ECF No. 154). Further, the noticed hearing date for
14 Intuit Inc.'s motion to dismiss shall be updated to February 27, 2025.

15 DATED: October 15, 2024          DEBEVOISE & PLIMPTON LLP

17                                  By: */s/ Abraham Tabaie*
                                    Abraham Tabaie

19                                  *Attorneys for Defendants HRB Tax Group, Inc.
                                    and HRB Digital LLC and Counterclaim-Plaintiff
                                    HRB Digital LLC*

21 DATED: October 15, 2024          WILMER CUTLER PICKERING
                                    HALE AND DORR LLP

24                                  By: */s/ Sonal Mehta*
                                    Sonal Mehta

25                                  *Attorneys for Plaintiff and
                                    Counterclaim-Defendant Intuit Inc.*

SIGNATURE ATTESTATION

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Abraham Tabaie. By his signature, Mr. Tabaie attests that he has obtained concurrence in the filing of this document from the other signatory.

By:  /s/ *Abraham Tabaie*
Abraham Tabaie

4

JOINT STIPULATION RE EXTENSION OF TIME.
CASE NO. 5:24-CV-00253-BLF

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

HRB Digital LLC's opposition to Intuit Inc.'s motion to dismiss (ECF No. 154) is due by November 4, 2024 and Intuit Inc.'s reply in support of its motion to dismiss is due by November 25, 2024. The docket shall be updated to reflect the correct hearing date of February 27, 2025 for Intuit's Motion to Dismiss.

Dated: October __, 2024

_____
BETH LABSON FREEMAN
United States District Judge