1  SONAL N. MEHTA (S.B. # 222086)
   Sonal.Mehta@wilmerhale.com
2  WILMER CUTLER PICKERING
   HALE AND DORR LLP
3  2600 El Camino Real, Suite 400
   Palo Alto, CA 94306
4  Tel:   (650) 858-6000
   Fax:   (650) 858-6100
5
   *Attorneys for Plaintiff and*
6  *Counterclaim-Defendant Intuit Inc.*

7  DAVID H. BERNSTEIN (S.B. # 336551)
   dhbernstein@debevoise.com
8  ABRAHAM A. TABAIE (S.B. # 260727)
   atabaie@debevoise.com
9  DEBEVOISE & PLIMPTON LLP
   650 California Street
10 San Francisco, CA 94108

11 *Attorneys for Defendants HRB Digital LLC and*
   *HRB Tax Group, Inc. and Counterclaim-Plaintiff*
12 *HRB Digital LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**DIVISION OF SAN JOSE**

| | |
|---|---|
| INTUIT INC., <br><br> Plaintiff, <br><br> v. <br><br> HRB TAX GROUP, INC., and HRB DIGITAL LLC, <br><br> Defendants. <br> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - <br> HRB DIGITAL LLC, <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> INTUIT INC., <br><br> Counterclaim-Defendant. | Case No. 5:24-CV-00253-BLF <br><br> **JOINT STIPULATION TO EXTEND TIME FOR HRB DIGITAL LLC TO RESPOND TO INTUIT INC.'S MOTION TO DISMISS** <br><br> Motion to Dismiss Filed: October 7, 2024 <br> Hearing Date: February 27, 2025 <br> Time: 9:00 a.m. <br><br> Judge: Hon. Beth Labson Freeman |

*Additional Attorneys for Plaintiff and Counterclaim-Defendant Intuit Inc.:*

David Z. Gringer (*pro hac vice*)
Kalyn Heyen (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich St.
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
David.Gringer@wilmerhale.com
Kalyn.heyen@wilmerhale.com

Derek A. Woodman (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (212) 663-6000
Facsimile: (212) 230-6363
Derek.Woodman@wilmerhale.com

*Additional Attorneys for Defendants HRB Tax Group, Inc. and HRB Digital LLC and Counterclaim-Plaintiff HRB Digital LLC:*

JARED I. KAGAN (admitted *pro hac vice*)
jikagan@debevoise.com
MARISSA BARON (admitted *pro hac vice*)
mbaron@debevoise.com
NAOMI PERLA (admitted *pro hac vice*)
nperla@debevoise.com
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

JEFFREY A. BARKER (S.B. #166327)
jbarker@omm.com
SCOTT W. PINK (S.B. #122383)
spink@omm.com
PETER D'AGOSTINO (S.B. #315419)
pdagosinto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

1    Pursuant to Civil Local Rules 6-1(b) and 6-2(a), HRB Digital LLC and Intuit Inc.
2    (jointly, the "Parties"), by and through their respective counsel, hereby stipulate as follows:
3
4    1.    On September 9, 2024, HRB Digital LLC filed Amended Counterclaims against
5    Intuit Inc. (ECF No. 125).
6    2.    On October 7, 2024, Intuit Inc. filed a motion to dismiss HRB Digital LLC's
7    Amended Counterclaims (ECF No. 154), which, per the docket entry text, is set for a hearing on
8    February 27, 2024. The Parties jointly request that the docket entry text be updated to set the
9    hearing on Intuit Inc.'s motion to dismiss for February 27, 2025.
10   3.    Pursuant to Civil Local Rule 7-3(a) and (c), the current deadline for HRB Digital
11   LLC to oppose Intuit Inc.'s motion to dismiss is **October 21, 2024**, and the current deadline for
12   Intuit Inc.'s reply in support of the motion is **October 28, 2024**.
13   4.    HRB Digital LLC has requested an extension of, and Intuit Inc. has agreed to
14   extend, the deadline for HRB Digital LLC to oppose Intuit Inc.'s motion to dismiss by 14 days,
15   to **November 4, 2024**.
16   5.    Intuit has likewise requested an extension of, and HRB Digital LLC has agreed to
17   extend, the deadline for Intuit's reply in support of Intuit Inc.'s motion to dismiss by 14 days to
18   **November 25, 2024**.
19   6.    The foregoing extensions will not alter the date of any event or any deadline
20   already fixed by Court order.
21   7.    The Parties further agree that that these extensions of time and schedule is agreed
22   upon at HRB Digital LLC's request in light of the overlap of several other active matters and
23   commitments to religious holidays during the current briefing period.
24   8.    Deadlines in this case were extended five times before by stipulation. The
25   deadline for Intuit Inc.'s response to H&R Block Inc.'s Motion to Dismiss for Lack of Personal
26   Jurisdiction (ECF No. 31) was extended by 14 days (ECF No. 43). The Parties later stipulated to
27   dismissal of H&R Block, Inc. on February 16, 2024 (ECF No. 46). The deadline for HRB Digital
28   LLC and HRB Tax Group, Inc.'s answer or respond to Intuit Inc.'s Amended Complaint (ECF

No. 18) was extended by 14 days (ECF No. 45). The deadline for Intuit Inc. to answer or respond to HRB Digital LLC's Counterclaims was extended by 14 days on March 29, 2024 (ECF No. 62). The deadline for HRB Digital LLC to oppose or otherwise respond to Intuit Inc.'s motion to dismiss HRB Digital LLC's counterclaims was extended by 14 days, and the deadline for Intuit Inc. to reply to HRB Digital LLC's opposition brief was extended by 7 days, on May 6, 2024 (ECF No. 66). The deadline for Intuit Inc. to answer or otherwise respond to HRB Digital LLC's Amended Counterclaims was extended by 14 days on September 16, 2024 (ECF No. 136).

THEREFORE, IT IS AGREED AND STIPULATED by the Parties that: HRB Digital LLC shall have an additional fourteen (14) days, through and including **November 4, 2024,** to file an opposition to Intuit Inc.'s motion to dismiss (ECF No. 154), and Intuit Inc. shall have an additional fourteen (14) days, through and including **November 25, 2024**, to file a reply in support of Intuit Inc.'s motion to dismiss (ECF No. 154). Further, the noticed hearing date for Intuit Inc.'s motion to dismiss shall be updated to February 27, 2025.

DATED: October 15, 2024    DEBEVOISE & PLIMPTON LLP

By: */s/ Abraham Tabaie*
Abraham Tabaie

*Attorneys for Defendants HRB Tax Group, Inc. and HRB Digital LLC and Counterclaim-Plaintiff HRB Digital LLC*

DATED: October 15, 2024    WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Sonal Mehta*
Sonal Mehta

*Attorneys for Plaintiff and Counterclaim-Defendant Intuit Inc.*

3

JOINT STIPULATION RE EXTENSION OF TIME.
CASE NO. 5:24-CV-00253-BLF

**[PROPOSED]** **ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

HRB Digital LLC's opposition to Intuit Inc.'s motion to dismiss (ECF No. 154) is due by November 4, 2024 and Intuit Inc.'s reply in support of its motion to dismiss is due by November 25, 2024. The docket shall be updated to reflect the correct hearing date of February 27, 2025 for Intuit's Motion to Dismiss.

Dated: October 17, 2024

_____
BETH LABSON FREEMAN
United States District Judge