| | |
|---|---|
| DAVID H. BERNSTEIN (S.B. # 336551) | STACEY GILMAN (S.B. #186396) |
| dhbernstein@debevoise.com | sgilman@berkowitzoliver.com |
| ABRAHAM A. TABAIE (S.B. # 260727) | JENNIFER WIELAND (S.B. # 223841) |
| atabaie@debevoise.com | jwieland@berkowitzoliver.com |
| DEBEVOISE & PLIMPTON LLP | BERKOWITZ OLIVER LLP |
| 650 California Street | 2600 Grand Blvd., Ste. 1200 |
| San Francisco, CA 94108 | Kansas City, MO 64108 |
| Tel:    (212) 909-6696 | Telephone: (816) 561-7007 |
| Fax:    (212) 521-7696 | Facsimile: (816) 561-1888 |
| | |
| JARED I. KAGAN (admitted *pro hac vice*) | JEFFREY A. BARKER (S.B. #166327) |
| jikagan@debevoise.com | jbarker@omm.com |
| MARISSA BARON (admitted *pro hac vice*) | SCOTT W. PINK (S. B. #122383) |
| mbaron@debevoise.com | spink@omm.com |
| NAOMI PERLA (admitted *pro hac vice*) | PETER D'AGOSTINO (S.B. #315419) |
| nperla@debevoise.com | pdagosinto@omm.com |
| DEBEVOISE & PLIMPTON LLP | O'MELVENY & MYERS LLP |
| 66 Hudson Boulevard | 1999 Avenue of the Stars, 8th Floor |
| New York, New York 10001 | Los Angeles, California 90067-6035 |
| Telephone: (212) 909-6000 | Telephone: (310) 553-6700 |
| Facsimile: (212) 909-6836 | Facsimile: (310) 246-6779 |

*Attorneys for Defendants HRB Digital LLC and HRB Tax Group, Inc. and Counterclaim-Plaintiff HRB Digital LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| INTUIT INC., | |
| Plaintiff, | Case No. 5:24-CV-00253-BLF |
| v. | **[PROPOSED] ORDER REGARDING BLOCK'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| HRB TAX GROUP, INC., and HRB DIGITAL LLC, | |
| Defendants. | Judge: Hon. Beth Labson Freeman |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| HRB DIGITAL LLC, | |
| Counterclaim-Plaintiff, | |
| v. | |
| INTUIT INC., | |
| Counterclaim-Defendant. | |

Having reviewed Block's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Motion"), the Court ORDERS that:

The highlighted portions of Block's Opposition to Intuit's Motion to Dismiss Block's First Amended Counterclaims shall remain filed conditionally under seal for 7 days after the date they were originally filed conditionally under seal, pursuant to the Local Civil Rule 79-5(f)(3). Within 7 days of the Motion's filing, Intuit, as the Designating Party, must file a statement and/or declaration as described in Civil Local Rule 79-5(c)(1). A failure to file a statement or declaration may result in the unsealing of the provisionally sealed document without further notice to Intuit, Inc.

Dated: _____

HON. BETH L. FREEMAN
United States District Court Judge