# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| INTUIT INC., <br>     Plaintiff, <br> v. <br> HRB TAX GROUP, INC., et al., <br>     Defendants. | Case No. 5:24-cv-00253-BLF <br><br> **ORDER DIRECTING PARTIES TO SUBMIT JOINT REQUEST FOR ANY PROPOSED REDACTIONS TO ORDER** <br><br> [Re: ECF No. 165] |

On November 19, 2024, the Court issued an order granting in part and denying in part Plaintiff Intuit Inc.'s motion for preliminary injunction. ECF No. 165.

The parties SHALL submit a joint request for any proposed redactions to the order before it is filed on the public docket, or a statement that no redactions are requested, **by November 26, 2024**. If the parties request redactions, they shall submit two versions of the proposed redacted order with their joint request (both under seal), one with proposed redactions highlighted and one with proposed redactions applied.

**IT IS SO ORDERED.**

Dated: November 19, 2024

_____
BETH LABSON FREEMAN
United States District Judge