**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| INTUIT INC., <br><br> *Plaintiff,* <br><br> vs. <br><br> HRB TAX GROUP, INC. and HRB DIGITAL LLC, <br><br> *Defendants.* <br><br> and <br><br> HRB DIGITAL LLC, <br><br> *Counterclaim-Plaintiffs,* <br><br> vs. <br><br> INTUIT INC., <br><br> *Counterclaim-Defendant.* | **Case No. 5:24-cv-00253-BLF** <br><br> [~~PROPOSED~~] ORDER ON INTUIT INC.'S MOTION FOR PRELIMINARY INJUNCTION |

The Court has considered Plaintiff Intuit Inc.'s Motion for Preliminary Injunction ("Motion"), including supporting memorandum, declarations, and exhibits; and having considered the parties' arguments and papers submitted, hereby orders that Intuit's Motion is **GRANTED IN PART and DENIED IN PART** for the reasons set forth in the Court's Order Granting in Part and Denying in Part Intuit Inc.'s Motion for Preliminary Injunction (PI Order) at ECF No. 173.

Within five days of the issuance of this Preliminary Injunction Order, HRB Tax Group, Inc. and HRB Digital LLC (together, "Block") and their agents, representatives, employees, officers, attorneys, successors, assigns, and affiliates; and any persons in privity or active concert or participation with any of them who receive actual notice of this order by personal service or otherwise, are hereby preliminarily enjoined from making, on Block's websites, emails, and other advertisements:

    a. Any statement comparing the "starting at" (or similar language) price of expert assistance (or expert assistance and artificial intelligence assistance) offered by Block with anything other than the lowest priced expert assistance (or expert assistance and artificial intelligence assistance) offered by TurboTax to the typical consumer, unless the basis for the comparison is clearly and conspicuously disclosed (i.e., not behind a hyperlink or in a footnoted disclosure) and renders the price comparison not false or misleading. This includes but is not limited to the specific "starting at" advertising claims identified at pages 14 and 15 of Dkt. 89-1;

    b. Any statement that Block offers expert assistance (or expert assistance and artificial intelligence assistance) for a lower dollar amount than TurboTax if that is in fact not the case, unless the basis for such statement is clearly and conspicuously disclosed and renders the statement concerning a lower dollar amount not false or misleading. This includes but is not limited to the specific advertising claim identified at page 19 of Dkt. 89-1;

    c. Any express or implied statement that a number of people switched from TurboTax to Block if that number is not in fact the accurate number of consumers who switched from TurboTax to Block, including but not limited to any statements that "5 million+" people (or any similar figure) have switched to Block in close proximity to language about switching from TurboTax to Block, unless the basis for the "5 million+" claim is disclosed clearly and conspicuously (i.e., not behind a hyperlink or in a footnoted disclosure). With respect to a webpage, claims shall not be considered to be "in close proximity" if they are separated by at least two content boxes. A content box on a webpage refers to a grouping of related content, set apart from other content boxes by a change in color, border, or other similarly effective demarcation.

Within 72 hours of the issuance of this Preliminary Injunction, Block shall share this Order with any individuals responsible for designing, modifying, or maintaining Block's

1  marketing materials, including its relevant agents, representatives, employees, officers,
2  attorneys, successors, assigns, affiliates and any persons in privity or active concert or
3  participation with any of them.
4      Within 30 days of the issuance of this Preliminary Injunction, Block shall file with the
5  Court and serve upon Intuit's attorneys a written report under oath setting forth in detail the
6  manner in which Block has complied with the above-mentioned orders.
7      This **ORDER** shall remain in effect until such further date as set by the Court or if this
8  case is dismissed without entry of a permanent injunction.

**SO ORDERED.**

DATED: December 24, 2024

_/s/ Beth L. Freeman_
The Honorable Beth L. Freeman
UNITED STATES DISTRICT JUDGE