UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HRB DIGITAL LLC, et al.,

Plaintiffs,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

Defendant.

Case No. 26-cv-11712-AMO

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Beth Labson Freeman for consideration of whether the case is related to 5:24-cv-00253-BLF.

**IT IS SO ORDERED.**

Dated: October 23, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**

United States District Court
Northern District of California